Short Form Order

# SUPREME COURT - STATE OF NEW YORK
## I.A.S. PART XXXVI SUFFOLK COUNTY

**PRESENT:**
**HON. PAUL J. BAISLEY, JR., J.S.C.**

-----------------------------------------------------------X

CARLOS GUZMAN and MANUEL DEJESUS VASQUEZ, individually and on behalf of all others similarly situated,

      Plaintiffs,

   -against-

BACTOLAC PHARMACEUTICAL, INC. and CHOICE LONG ISLAND, INC.,

      Defendants.

-----------------------------------------------------------X

INDEX NO.: 602277/2021
MOTION DATE: 12/16/21
MOTION SEQ. NO.: 003 MG; CASEDISP

**PLAINTIFFS' ATTORNEYS:**
MOSER LAW FIRM, P.C.
5 E. Main Street
Huntington, NY 11743

**DEFENDANTS' ATTORNEYS:**
JACKSON LEWIS, P.C.
666 Third Avenue, 29th Floor
New York, NY 10017

ALAN J. BENNETT, PLLC
369 Lexington Avenue, Suite 217
New York, NY 10017

  ORDERED that plaintiffs' motion to dismiss by Order to Show Cause (motion sequence no. 003), pursuant to CPLR 3217(B) is hereby granted, and this action is hereby dismissed, without prejudice and without costs to any party as against the other, so that the plaintiffs may proceed in federal court.

Dated: July *15*, 2022

                  _____
                  J.S.C.
               HON. PAUL J. BAISLEY, JR.