**JacksonLewis**

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4671
MY EMAIL ADDRESS IS: BRIAN.SHENKER@JACKSONLEWIS.COM

February 3, 2025

**VIA ECF**

Honorable Steven Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: *Carlos Guzman et al v. Bactolac Pharmaceutical, Inc., et al*
        Civil Case No.:  22-CV-04651 (JMA)(ST)

Dear Judge Tiscione:

  We represent Defendant Bactolac Pharmaceutical ("Bactolac") in connection with the above-referenced action.  All parties join in submitting this status report. As of the date of this letter, the Appellate Division - Second Department has not yet scheduled oral argument and has not issued a decision. The parties will update the Court when the Second Department issues a decision.

  Thank you for Your Honor's attention to this matter.

           Respectfully submitted,

           JACKSON LEWIS P.C.

           s/*Brian Shenker*

           Brian J. Shenker

cc: All counsel (via ECF)