

Jordan S. Blask<br>
Partner<br>
412.513.4268 (t)<br>
412.513.4299 (f)<br>
jblask@fbtlaw.com<br>
<br>
Katherine Koop Irwin<br>
Partner<br>
412.513.4273 (t)<br>
412.513.4299 (f)<br>
kirwin@fbtlaw.com

August 1, 2025

VIA ECF

Honorable Steven Tiscione, U.S.M.J.
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re:  Carlos Guzman et al v. Bactolac Pharmaceutical, Inc., et al
       Civil Case No.: 22-CV-04651 (JMA)(ST)

Dear Judge Tiscione:

  We represent Defendant Choice Long Island, Inc. ("Choice") in connection with the above-referenced action. All parties to this action jointly submit this status report. The parties attest that as of the date of this letter, The Second Department has not yet scheduled oral argument and has not issued a decision and that the parties will update the Court when the Second Department issues a decision.

  Thank you for Your Honor's attention to this matter.

            Respectfully submitted,

            */s/ Jordan S. Blask*

            _____
            Jordan S. Blask
            Katherine Koop Irwin

CC: All Counsel (Via ECF)