

**Jordan S. Blask**
Partner
412.513.4268 (t)
412.513.4299 (f)
jblask@fbtgibbons.com

**Katherine Koop Irwin**
Partner
P: +1 412.513.4273
F: +1 412.513.4299
kirwin@fbtgibbons.com

April 15, 2026


VIA ECF


Honorable Steven Tiscione, U.S.M.J.
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

   Re: Carlos Guzman et al v. Bactolac Pharmaceutical, Inc., et al
     Civil Case No.: 22-CV-04651 (JMA)(ST)

Dear Judge Tiscione:

   We represent Defendant Choice Long Island, Inc. ("Choice") in connection with the above-referenced action.  All parties to this action jointly submit this status report.  The parties attest that as of the date of this letter, The Second Department has not yet scheduled oral argument and has not issued a decision and that the parties will update the Court when the Second Department issues a decision.

   Thank you for Your Honor's attention to this matter.

April 15, 2026
Page 2

Respectfully submitted,

FBT Gibbons LLP

Jordan Blask

CC: All Counsel (Via ECF)